UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| KEVIN W. WRIGHT AND | ) | CASE NO. 21-09188 |
| COLETTE N. GABRIEL, | ) | |
| | ) | |
| DEBTORS. | ) | HON. A. BENJAMIN GOLDGAR |

# NOTICE OF MOTION

To:    See Attached List:

PLEASE TAKE NOTICE that on **Monday, November 1, 2021** at **9:30 AM**, I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in his place, and present the **Motion of the United States Trustee for an Extension of Time to Object to Discharges**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 500 0972** and the password is **726993**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

*/s/ Jeffrey S. Snell*
Jeffrey S. Snell, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
Telephone: (312) 886-0890

# CERTIFICATE OF SERVICE

I, Jeffrey S. Snell, Trial Attorney, certify that on October 25, 2021 I caused to be served copies of the **Motion of the United States Trustee for an Extension of Time to Object to Discharges** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses listed below. A supplement to this Certificate of Service from BMC Group will be filed.

*/s/ Jeffrey S. Snell*

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants**

R. Scott Alsterda      rsalsterda@nixonpeabody.com
David M Siegel      davidsiegelbk@gmail.com

**Parties Served via First Class Mail:**

Kevin W. Wright
800 S. Wells St.,
Unit D35
Chicago, IL 60607

Colette N. Gabriel
800 S. Wells St.,
Unit D35
Chicago, IL 60607

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| | ) | |
| KEVIN W. WRIGHT AND | ) | CASE NO. 21-09188 |
| COLETTE N. GABRIEL, | ) | |
| | ) | |
| | ) | |
| DEBTORS. | ) | HON. A. BENJAMIN GOLDGAR |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF
TIME TO OBJECT TO DISCHARGES**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by his attorney, Jeffrey S. Snell, and pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests this Court to grant an extension of time to object to the discharges of Kevin W. Wright and Colette N. Gabriel ("Debtors"). In support of this request, the U.S. Trustee states as follows:

1. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to Internal Operating Procedure 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On August 1, 2021, the Debtors filed their voluntary petition ("Petition") and schedules ("Schedules") for relief under Chapter 7 of the Bankruptcy Code. On or about that same day, R. Scott Alsterda was appointed Chapter 7 Trustee in the Debtors' case ("Chapter 7 Trustee").

1

4. The Debtors' Schedule E/F show $334,135.00 unsecured nonpriority debt, a substantial amount of which is credit card debt. The Debtors' Statement of Financial Affairs Line 18 shows the transfer of a house for which the Debtors received $58,000.00 net proceeds.

5. On August 26, 2021 the Chapter 7 Trustee conducted the Debtors' initial meeting of creditors and continued this meeting September 30, 2021 and again to October 28, 2021 for documents ("341 Meeting"). Among the outstanding issues under review is the Debtors' use of the approximately $58,000 in proceeds from the sale reported in the Statement of Financial Affairs.

6. The last date for parties to object to the Debtors' discharges is October 25, 2021. The U.S. Trustee requests additional time to review the Debtors' Schedules, testimony at the 341 Meeting and other documents in order to determine whether cause exists to file an objection to Debtors' discharges pursuant to Section 727(a).

WHEREFORE, the U.S. Trustee requests this Court to extend the date to object to the Debtors' discharges pursuant to 11 U.S.C. § 727(a) for sixty (60) days to and including Thursday, December 23, 2021, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: October 25, 2021  By: /s/ Jeffrey S. Snell
Jeffrey S. Snell, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
Telephone: (312) 886-0890